**Exhibit A to the Complaint**

**Location:** Asbury Park, NJ  
**Total Works Infringed:** 26  
**IP Address:** 173.63.162.123  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 97AB7F4C7C9CC2BE09E7C4F59ACD77CF1B7EA879<br>File Hash: 73D05FBDE255FC82E52AEAD342BFCEE21D15312C70D5BFAE282DE0E3B1309945 | 11/10/2020 12:20:50 | Tushy | 03/17/2019 | 04/08/2019 | PA0002164888 |
| 2 | Info Hash: 53D2C6B50FED4C1F40932F8F00E4D03D4AF48B5E<br>File Hash: 3BBE5993591127CFA155ABF6E12F5A8E084CAEF91385AED2A4C743D6B67E1B20 | 11/09/2020 13:51:13 | Blacked | 11/07/2020 | 11/24/2020 | PA0002265966 |
| 3 | Info Hash: E019EA3D5669C529A32229668366A2E5F232D4D4<br>File Hash: 7E4DA853E7471398673D8D4063771C2FFF8CE4F35424F5D91B9C2C12AF59DD08 | 10/26/2020 13:11:40 | Tushy | 10/25/2020 | 11/24/2020 | PA0002265965 |
| 4 | Info Hash: A69CFD12CD8781FE5C648DD86E14DCE729F90D65<br>File Hash: 56D3EBD1B25C8FB12E0089C9F2477ECFB7CB0E7B0CE59A7DC3CEC4B9BCA5FCF7 | 10/22/2020 12:38:25 | Tushy | 10/18/2020 | 11/05/2020 | PA0002263388 |
| 5 | Info Hash: B47514D20E6BF6780B344FC7B39891F6CC81D91F<br>File Hash: F63C87FC2DE9AF3AE5B0803EA75F2ECD3EE51ACC21B0A12F11F155DB8E891C77 | 09/29/2020 12:10:13 | Blacked Raw | 09/28/2020 | 10/22/2020 | PA0002261800 |
| 6 | Info Hash: 2C34116582108F67DD9289643328AFE1CF2832C6<br>File Hash: 91ACB224E8B4E55F5418F710D0BF9F358F63FA477BFE2D0254B85A7FFB865DA3 | 09/24/2020 15:23:12 | Tushy | 08/30/2020 | 09/05/2020 | PA0002255477 |
| 7 | Info Hash: 5D890A569405A6EEBEC7E9AB12D6C23F6C0AA269<br>File Hash: 032C7A473C22EDC60AA95AED093EE71E6130D959DBD33E128EE0E699A6514D0F | 09/21/2020 12:09:58 | Tushy | 09/20/2020 | 09/29/2020 | PA0002258683 |
| 8 | Info Hash: AB1F311A07A1F2F7A3D6E2C770B210BACE048BED<br>File Hash: 9DB8AD43749309665702A971FE7E0D90BFF1F2168003E50E89972394AD7F49C2 | 09/15/2020 11:33:28 | Tushy | 09/14/2020 | 09/29/2020 | PA0002258682 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 603925C77EF789303A532488206A439A071FCFD2<br>File Hash: 1D63EB55CCFACA14E902BC71E11F9C8CC8A473846C83821F761C50C7E5A5433D | 08/21/2020 12:40:14 | Tushy | 08/09/2020 | 08/31/2020 | PA0002265642 |
| 10 | Info Hash: 613CE85CCD473E200B011CC9FE9EE1DCB44BD8E4<br>File Hash: 19444FD8A84D260F042B2133D0A60F2C40F543B4FCC698072B5FC83FE78CB78B | 08/19/2020 12:50:33 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |
| 11 | Info Hash: A2C9A9E11C3CC11C836736CB2F76ED8ECF086B5D<br>File Hash: C99FCE70EC40E33C6394F27F57FE3EB54CDCAE30F05B59803A2295CA06D84168 | 07/27/2020 11:38:16 | Tushy | 07/26/2020 | 08/31/2020 | PA0002265634 |
| 12 | Info Hash: 6CD80647B4C12FB7BC07E75077C2F3DBD5B6452D<br>File Hash: 9929AC09E25EDA0D1C46B57799340305CEAA94F44D98D6AB1F751F065D752BFF | 07/13/2020 11:39:04 | Tushy | 07/12/2020 | 07/20/2020 | PA0002248965 |
| 13 | Info Hash: 829EB85C3BB6F11D9B51EC365B40F9D6F12530A5<br>File Hash: 5813DE9CDFDD4AE0B45CAD7706F40394759E40F3F86F826D3A2F694B37AC368E | 07/06/2020 12:24:54 | Tushy | 07/05/2020 | 07/20/2020 | PA0002248967 |
| 14 | Info Hash: 66E7262721948877D1B21A04BC54D4375BC5FA9D<br>File Hash: 4A0841050290F8B54E474A8CB711FB28E16D276A25EA6244FC2660BF0E925D9F | 07/05/2020 11:28:25 | Tushy | 06/14/2020 | 06/25/2020 | PA0002255507 |
| 15 | Info Hash: 605A04B55BFC76DB4D985D40377CA0438DFAF454<br>File Hash: 28519B99CB935CEC76E95935A205932869D0C654E21834518C9578015E3E451B | 06/29/2020 12:34:54 | Tushy | 06/28/2020 | 07/17/2020 | PA0002248597 |
| 16 | Info Hash: 8D90336890FD58C2FB7C453655073A6A9DED159C<br>File Hash: 7E7893E565093134CE8A63E075763683CB0C526B107CD5FC4630AA358FEF607E | 06/25/2020 12:26:16 | Tushy | 06/21/2020 | 08/03/2020 | PA0002259102 |
| 17 | Info Hash: 9A9A5BD85B60418AA1B011C2674B5EA04DE3BE29<br>File Hash: 805B59B49AEBDB1080E6E9A4437AA0EB153D34B378C50B9CE053538291FDF2AB | 06/01/2020 11:26:14 | Tushy | 05/31/2020 | 06/16/2020 | PA0002253261 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 1D6971FF8508A7168FE4DF7C6FF43201B2A66DD8<br>File Hash: B95EE1824A006C2FAE6AADAFA6308956F6CBA51B12006BE4A3B8D202D65BAE0A | 05/19/2020 00:02:37 | Tushy | 05/17/2020 | 06/16/2020 | PA0002253264 |
| 19 | Info Hash: C24DFF0094E7DA65F6A9C055B7C40525DF9F9ADE<br>File Hash: 5E3EE746F0B62D6E7CE1B36E424BB1C2398AE0E8DA01DE39C22A4DC4BB41ECD3 | 05/16/2020 16:14:54 | Tushy | 05/10/2020 | 06/16/2020 | PA0002253266 |
| 20 | Info Hash: 0A868FBC70A4E8D4D9CD3C344BECE78D961B7931<br>File Hash: BA4867795072FD797DD280C6691BC1237A67E1FF8326459C1EA7407C1566AA76 | 04/29/2020 14:36:40 | Blacked Raw | 04/27/2020 | 05/19/2020 | PA0002241476 |
| 21 | Info Hash: 1A094B2296F3B311A8217B80352CBCC3A035C577<br>File Hash: 929C5D23D8A40873034DEF5A596FDD63213ADBFCC955FF5EB76CA9A088AD4C07 | 04/13/2020 13:37:26 | Tushy | 04/12/2020 | 04/22/2020 | PA0002237697 |
| 22 | Info Hash: 3D39198EB04A951ABE18E0CB8558A72CC683D041<br>File Hash: C8C6F22464849C0C0886B6FA6C624CECB7FEC5801EF97EBC00EB918B7D1D2B43 | 04/12/2020 15:11:53 | Blacked | 04/11/2020 | 04/22/2020 | PA0002237696 |
| 23 | Info Hash: 8D2F9080C258E75F58C441CDD86ED805A47A5CD9<br>File Hash: 5A357FA0B984B36E4C42421BC700347B87D1115152C4C17ECB13FE6FC9E0ECA8 | 04/06/2020 13:59:18 | Tushy | 04/05/2020 | 04/17/2020 | PA0002237308 |
| 24 | Info Hash: 0E3D7CE63BF8D293AB250DEF5618194AF8EA4345<br>File Hash: 875835DA69D950C7ABBBFC7ACCF0038B3504F21CE48F5E3E6348210E79F70D0B | 04/01/2020 21:44:41 | Tushy | 03/22/2020 | 04/15/2020 | PA0002244961 |
| 25 | Info Hash: 4B6F7F45A8692DF06FACA9BAC618F623F6C21E68<br>File Hash: 00682071DAEB5CE10C349DA50EEECEFFD395A3FED25E4FAB50E9A15851828228 | 03/17/2020 14:35:32 | Tushy | 03/16/2020 | 04/15/2020 | PA0002244959 |
| 26 | Info Hash: 753B97B595A00413009A7E2104D0B637B9EB0F62<br>File Hash: 05C221402F3AA99C97C4BF36E145D6E15F494823D93194451D316952E131AA97 | 03/14/2020 13:22:08 | Tushy | 03/11/2020 | 04/15/2020 | PA0002244960 |